

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00038-CV

**CITY OF FLORESVILLE**, Texas, City of Floresville City Council, City of Floresville City Planning and Zoning Committee, and the Wilson County Appraisal District,
Appellants

v.

**STARNES INVESTMENT GROUP, LLC**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-06-0367-CVW
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, that portion of the trial court's "Order on Plea to Jurisdiction and Special Exceptions" denying appellants' plea to the jurisdiction is REVERSED and judgment is RENDERED granting appellants' plea to the jurisdiction and dismissing with prejudice appellee's claims against appellants.

It is ORDERED that appellants recover their costs of appeal from appellee.

SIGNED September 28, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice